JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRESEAN INDUSTRIES, INC., A California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY LINEHAUL WEST, INC., A California Corporation,<br><br>　　　　Defendant. | CASE NO. SACV 13-00531-JLS (RNBx)<br><br>Assigned to Judge Josephine L. Staton<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal, dated January 6, 2014, the above-captioned case is hereby dismissed, with prejudice. The United States District Court, Central District of California, Southern Division, shall retain jurisdiction to oversee compliance with the terms of the Settlement Agreement and any motions to modify such terms. See <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u> 511 U.S. 375 (1994).

Dated: January 9, 2014　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　[signature]

　　　　　　　　　　　　　　　　　　　Honorable Josephine L. Staton
　　　　　　　　　　　　　　　　　　　United States District Court Judge